

**the DEMO DIVA DEMOLITION**

6246 Memphis Street  New Orleans, LA  70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 1358 N. Beach Blvd.<br>Bay St. Louis, MS 39520 |
| **Home Owner:** | Edgar Michaelson |
| **Mailing Address:** | 4610 Zanes Court<br>Grand Prairie, TX 7505 |
| **Contact Phone Numbers:** | 972-641-4493 |
| **Email:** | sirecho@sbcglobal.net |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 3,080 sf of residential slab @ $3.50 per square foot. | $ 10,780 |
| (10) – 18-yard loads of fill dirt graded. $335/per load: | $3,350 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$15,330** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____
**DEMO DIVA**

_____
**HOMEOWNER**

_____
**DATE**

_____
**DATE**

**Signature:** *Edgar A. Michaelson, Jr. POA*
Edgar A. Michaelson, Jr. POA (Feb 2, 2010)

**Email:**  sirecho@sbcglobal.net

**Signature:** *Simone Bruni*
Simone Bruni (Feb 2, 2010)

**Email:**  diva@tl

Document Integrity Verified

**Exhibit "E"**



**the DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA  70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

January 14, 2010

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 418 Bayview St. Pass Christian, MS |
| **Property Owner:** | Timothy Langen |
| **Mailing Address:** | 8454 Kimo Ct. Diamondhead MS, 39525 |
| **Contact Phone Numbers:** | |
| **Email:** | ginnylea18@aol.com |
| **Flood Insurance Co.** | USAA |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 900 sf of slab @ $3.50 per square foot. | $3,150 |
| (4) – 18-yard loads of fill dirt graded. $335/per load: | $1,340 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$5,690** |

## TERMS:

i.   ICC funds will pay for the total cost of this agreement.
ii.  Property owner will have no out-of-pocket expenses.
iii. Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
iv.  Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
v.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
vi.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
vii. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
viii. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
ix.  If ICC funds are denied this agreement will be null and void.

Signatures:

DEMO DIVA

PROPERTY OWNER

DATE

DATE

✔ Document Integrity Verified

EchoSign Transaction Number: 32MR86A6Q2U4H

56279

**Signature:** *Timothy W. Langen*
Timothy W. Langen Jan 14, 2015

**Email:** ginnylea18@aol.com

**Signature:** *Simone Bruni*
Simone Bruni Jan 15, 2015

**Email:** diva@thedemodiva.com

Document Integrity Verified  EchoSign Transaction Number: 32MR86A6Q2U4H



the
# DEMO DIVA
D E M O L I T I O N

6246 Memphis Street  New Orleans, LA  70124
Phone (504) 486-4121       Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| ICC Property Address: | 120 Ramoueda St. Bay St. Louis, MS 39520 | | |
|---|---|---|---|
| Home Owner: | Mary Lou Harper Clark | | |
| Mailing Address: | 56117 Diamondhead Dr. E Diamondhead, MS 39525 | | |
| Contact Phone Numbers: | 228-255-8808 | 228-324-9635 | |
| Email: | | | |
| Flood Insurance Co. | Farm Bureau | | |
| Policy NO. | *FLO  401  56 43  (Nathan* | | |

## Cost Paid for by ICC FUNDS

| Demolition of concrete foundation; includes hauling debris away. | |
|---|---|
| 2,000 sf of residential slab @ $3.50 per square foot. | $ 7,000 |
| (10 ) – 18-yard loads of fill dirt graded. $335/per load: | $3,350 |
| Disconnection of Utilities: | $1,200 |
| TOTAL COST PAID BY ICC FUNDS | $11,550 |

## TERMS:

I.     ICC funds will pay for the total cost of this agreement.
II.    Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.    Homeowner will receive two payment checks for the full amount of this agreement from their flood company.  Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.     Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.    If ICC funds are denied this agreement will be null and void.

Demo Diva, LLC                    Date              Homeowner                      Date

_____    *1-29-10*    *Mary Lou Harper Clark*  *1-29-10*

*32179*



the
# DEMO DIVA
### D E M O L I T I O N

**Property Address:** **107 Cedarwood Pt. Pass Christian, MS 39571**   January 27, 2010

## SCOPE OF WORK
Owner gives permission for Demo Diva agents to:
1. Obtain all required permits, photos and surveys necessary for processing an ICC Claim
2. Communicate directly with Owner's flood insurance company, as it pertains to processing the ICC Claim.
3. Disconnect utilities, remove underground septic tanks, sewer systems and piping.
4. Remove Slab/Foundation/Residence and hauling away of all debris.
5. Backfill and grade lot.
6. Dispose of any items or movable property remaining on site after contracting.

## PAYMENT & SCHEDULING
1. Demo Diva will perform no work on Property until ICC Claim is approved and the first check is received by Owner.
2. Upon ICC claim approval , Owner will receive two payment checks directly from Flood Insurance company. A first check of 50% of the contracted total is to be mailed to Demo Diva when Owner receives check. Demolition will be scheduled upon receipt of this first check within two weeks.
3. Upon completion of Demolition Service, Demo Diva will submit photos to County/Parish and Flood Insurance Company. The final check will then be released and mailed to Owner. Owner to immediately mail second check to Demo Diva.
4. Nonpayment: If Owner does not forward both checks to Demo Diva within 15 days of receiving either payment, Demo Diva will then report Owner to Flood Insurance Company as a fraudulent claim.

## CANCELATION and/or DELAY
1. If Owner decides to cancel this contract for any reason, Demo Diva will apply charges administrative time for out-of-pocket expenses that were incurred for this contract.
2. If ICC approval is denied, this Contract is null and void and the Owner will not owe Demo Diva any expenses.

## PROOF OF OWNERSHIP
1. Authority to Act: Owner warrants that he/she is a bona fide Owner or Legal Agent of this Property, and that he/she acts in all respects with the full authority of any and all persons and entities with ownership interests in the Property.
2. Indemnification. Owner agrees to protect, defend, hold harmless and indemnify The Demo Diva, LLC and its owner, against any and all claims, suits, or demands by persons or entities claiming any ownership interest in any movable or immovable property affected by performance of the terms of this Agreement. Owner additionally agrees to his/her/their party substitution in the place and stead of The Demo Diva, LLC in any and all judicial or quasi-judicial proceeding brought in furtherance of any such claim, suit or demand.

Owner hereby certifies that he/she/they have fully read and understand the above and foregoing, and do hereby agree to the Terms and Conditions herein.

_____
Property Owner
Deborah A. Stovall
January 28, 2010
Date

_____
**Simone Bruni, Owner of Demo Diva**

_____
Date

2

70120
Jan 30 10 09:44a                    p.2



the
**DEMO DIVA**

D  E  M  O  L  I  T  I  O  N

**6246 Memphis Street New Orleans, LA 70124**
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 17, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 521 Bayview St. Pass Christian, MS |
| **Home Owner:** | Billie Glover |
| **Mailing Address:** | 212 Spivey Dr. Fayetteville, NC 28303 |
| **Contact Phone Numbers:** | 910-488-5691 |
| **Email:** | billiedy2k@aol.com |
| **Flood Insurance Co.** | Audubon |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. (1,000) SF of residential slab @ $3.50 per square foot. | $3,500 |
| (4) – 18-yard loads of fill dirt graded. $335/per load: | $1,340 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$6,040** |

## TERMS:

I.     ICC funds will pay for the total cost of this agreement.
II.    Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.    Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.     Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.    If ICC funds are denied this agreement will be null and void.

Signatures:

_____              *Billie D. Glover*

**DEMO DIVA**                        **HOMEOWNER**

_____              1-27-2010

**DATE**                             **DATE**

56159


**the**
# DEMO DIVA
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 29, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 409 Gulf View Ave.<br>Long Beach, MS 39560 |
| **Property Owner:** | Francis Hall |
| **Mailing Address:** | 8416 Vidalia Rd.<br>Pass Christian, MS 39571 |
| **Contact Phone Numbers:** | 228-255-8481      228-669-6856 |
| **Email:** | fdhall@msn.com |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away.<br>2,088 sf of slab @ $3.50 per square foot. | $ 7,308 |
| (8) ~ 18-yard loads of fill dirt graded. $335/per load: | $ 2,680 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 10,108** |

## TERMS:

I.    ICC funds will pay for the total cost of this agreement.

II.    Property owner will have no out-of-pocket expenses.

III.    Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.

IV.    Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.

V.    Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII.    Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII.    Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX.    If ICC funds are denied this agreement will be null and void.

Signatures:

_____           *Francis D. Hall*
**DEMO DIVA**                                  **PROPERTY OWNER**

_____           1-14-2010
**DATE**                                           **DATE**

*1-14-10-Sent to Demo Diva*                                        56/69

# the DEMO DIVA
## D E M O L I T I O N

**8246 Memphis Street New Orleans, LA 70124**
Phone (504) 456-4121    Fax (866) 678-3977
demo@thedemodiva.com

January 12, 2010

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 330 Cherry Lane<br>Pass Christian, MS 39571 |
| **Property Owner:** | Jerry Kelly |
| **Mailing Address:** | 111 Kelly Cove<br>Pass Christian, MS 39571 |
| **Contact Phone Numbers:** | 504-269-5126    504-628-3863 |
| **Email:** | jkelly5@bellsouth.net |
| **Flood Insurance Co.** | |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away.<br>3,108 sf of slab @ $3.50 per square foot. | $ 10,878 |
| (12) – 18-yard loads of fill dirt graded. $335/per load: | $ 4,020 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 16,098** |

## TERMS:

I. ICC funds will pay for the total cost of this agreement.

II. Property owner will have no out-of-pocket expenses.

III. Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.

IV. Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.

V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX. If ICC funds are denied this agreement will be null and void.

Signatures:

DEMO DIVA _____

PROPERTY OWNER _____

DATE _____

DATE Jan. 13, 10

1-14-10 - Sent to Demo Diva        56259



the
# DEMO DIVA
D E M O L I T I O N

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 486-4121    Fax (866) 678-3977**
demo@thedemodiva.com

December 23, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 205 Charters St. Bay St. Louis, MS 39520 |
| **Property Owner:** | Beverly Zimek |
| **Mailing Address:** | 10092-B McLaurin St. Bay St. Louis, MS 39520 |
| **Contact Phone Numbers:** | 504-382-2804 |
| **Email:** | beverlyzimek@aol.com |
| **Flood Insurance Co.** | |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1755 sf of residential slab @ $3.50 per square foot. | $ 6,142 |
| (7) – 18-yard loads of fill dirt graded. $335/per load: | $ 2,345 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 9,687** |

## TERMS:

I.  ICC funds will pay for the total cost of this agreement.
II.  Property owner will have no out-of-pocket expenses.
III.  Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
IV.  Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
V.  Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____
DEMO DIVA

PROPERTY OWNER

_____
DATE

_____1-12-10_____
DATE

1-13-10- Sent to Demo Diva

75759

# the
# DEMO DIVA
## D E M O L I T I O N

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 486-4121     Fax (866) 678-3977**
demo@thedemodiva.com

January 11, 2010

# Agreement

| | | |
|---|---|---|
| **ICC Property Address:** | 112 Kelly Cove Pass Christian, MS 39571 | |
| **Property Owner:** | Jerry Kelly | |
| **Mailing Address:** | 111 Kelly Cove Pass Christian, MS 39571 | |
| **Contact Phone Numbers:** | 504-269-5126 | 504-628-3663 |
| **Email:** | | |
| **Flood Insurance Co.** | | |
| **Policy NO.** | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,500 sf of slab @ $3.50 per square foot. | $ 5,250 |
| (6) – 18-yard loads of fill dirt graded. $335/per load: | $ 2,010 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 8,460** |

## TERMS:

I.    ICC funds will pay for the total cost of this agreement.
II.   Property owner will have no out-of-pocket expenses.
III.  Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
IV.   Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
V.    Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.   Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.   If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
**DEMO DIVA**                    **PROPERTY OWNER**

_____          _____
**DATE**                         **DATE**  Jan 12 - 10

56400



# the
# DEMO DIVA
## D E M O L I T I O N

**6246 Memphis Street New Orleans, LA 70124**
**Phone (504) 486-4121     Fax (866) 678-3977**
**demo@thedemodiva.com**

January 11, 2010

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 318 Parkview<br>Pass Christian, MS |
| **Property Owner:** | Jerry Kelly |
| **Mailing Address:** | 111 Kelly Cove<br>Pass Christian, MS 39571 |
| **Contact Phone Numbers:** | 504-269-5126      504-628-3663 |
| **Email:** | jkelly5@bellsouth.net |
| **Flood Insurance Co.** | |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away.<br>2,260 sf of slab @ $3.50 per square foot. | $ 7,910 |
| (9) – 18-yard loads of fill dirt graded. $335/per load: | $ 3,015 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 12,125** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Property owner will have no out-of-pocket expenses.
III. Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
IV.  Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
DEMO DIVA                         PROPERTY OWNER


_____          _____
DATE                              DATE                1/12/10

56410



**6246 Memphis Street New Orleans, LA 70124**
**Phone (504) 486-4121     Fax (866) 678-3977**
demo@thedemodiva.com

December 7, 2009

# Agreement

| | | | |
|---|---|---|---|
| **ICC Property Address:** | 117 Hayden Ave   Pass Christian, MS 39571 | | |
| **Home Owner:** | Kelly & Cynthia Geroux | | |
| **Mailing Address:** | 84145 Lola Drive  Diamondhead, MS 39525 | | |
| **Contact Phone Numbers:** | 228-255-5439 | 228-342-5410 | |
| **Email:** | kellygeroux@ableone.net | | |
| **Flood Insurance Co.** | State Farm | | |
| **Policy NO.** | | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 2,100 sf of residential slab @ $3.50 per square foot. | $7,350 |
| (8 ) – 18-yard loads of fill dirt graded. $335/per load: | $2,680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$11,230** |

## TERMS:

I.     ICC funds will pay for the total cost of this agreement.
II.    Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.    Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.     Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.    If ICC funds are denied this agreement will be null and void.

SIGNATURE:

_____          _____ Kelly Geroux
**DEMO DIVA**                              HOMEOWNER

_____          _____1/11/10_____
**DATE**                                    DATE

1-12-10- Sent to Diva                                    55989



# the DEMO DIVA
# DEMOLITION

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 486-4121     Fax (866) 678-3977**
demo@thedemodiva.com

January 11, 2010

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 229 Baywood<br>Pass Christian, MS |
| **Property Owner:** | Jerry Kelly |
| **Mailing Address:** | 111 Kelly Cove<br>Pass Christian, MS 39571 |
| **Contact Phone Numbers:** | 504-269-5126 · 504-628-3663 |
| **Email:** | jkelly5@bellsouth.net |
| **Flood Insurance Co.** | |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 3,000 sf of slab @ $3.50 per square foot. | $ 10,050 |
| (12) – 18-yard loads of fill dirt graded. $335/per load: | $ 4,020 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 15,270** |

## TERMS:

I.    ICC funds will pay for the total cost of this agreement.
II.   Property owner will have no out-of-pocket expenses.
III.  Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
IV.   Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company.  Insurance checks are to be deposited into the property owner's personal account.  Checks are then to be made payable to Demo Diva.
V.    Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.   Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.   If ICC funds are denied this agreement will be null and void.

Signatures:

_____
DEMO DIVA


_____
DATE


PROPERTY OWNER


DATE            12-10


56430



**the**
# DEMO DIVA
**D E M O L I T I O N**

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 488-4121     Fax (866) 678-3977**
**demo@thedemodiva.com**

January 11, 2010

## Agreement

| | |
|---|---|
| **ICC Property Address:** | 312 Parkview<br>Pass Christian, MS 39571 |
| **Property Owner:** | Jerry Kelly |
| **Mailing Address:** | 111 Kelly Cove<br>Pass Christian, MS 39571 |
| **Contact Phone Numbers:** | 504-269-5126       504-628-3663 |
| **Email:** | jkelly5@bellsouth.net |
| **Flood Insurance Co.** | |
| **Policy NO.** | |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 2,268 sf of slab @ $3.50 per square foot. | $ 7,938 |
| (9) – 18-yard loads of fill dirt graded. $335/per load: | $ 3,015 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 12,153** |

### TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Property owner will have no out-of-pocket expenses.
III. Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
IV.  Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

**Signatures:**

_____          _____
**DEMO DIVA**                                        **PROPERTY OWNER**

_____          _____
**DATE**                                                  **DATE**  1/12/10

56420



*CLAIM# 24Z207471*

**the**
# DEMO DIVA
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 22, 2009

## Agreement

| | |
|---|---|
| **ICC Property Address:** | 314 Bayview St. Pass Christian, MS 39571 |
| **Home Owner:** | Theibert Hamm |
| **Mailing Address:** | 4069 Louiemill Rd. Brookhaven, MS 39601 |
| **Contact Phone Numbers:** | 601-835-3972 |
| **Email:** | |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | *Flood 24Z207471* |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,500 sf of residential slab @ $3.50 per square foot. | $ 5,250 |
| (6) – 18-yard loads of fill dirt graded. $335/per load: | $ 2,010 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 8,460** |

### TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out-of-pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood insurance company.  Insurance checks are to be deposited into homeowner's personal account.  Checks are then to be made payable to Demo Diva.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
**DEMO DIVA**                                    **HOMEOWNER**

_____          *6 JAN 10*
**DATE**                                              **DATE**



**the**
**DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 21, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 404 Mason Ave. Long Beach, MS 39560 |
| **Home Owner:** | Paul Vidacovich |
| **Mailing Address:** | 9675 Judi Ave Baton Rouge, LA 70815 |
| **Contact Phone Numbers:** | 225-924-4348 \| 225-572-1291 |
| **Email:** | pvidac@cox.net |
| **Flood Insurance Co.** | Audubon |
| **Policy NO.** | 1993010375 |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,140 sf of residential slab @ $3.50 per square foot. | $ 3,990 |
| (5) – 18-yard loads of fill dirt graded. $335/per load: | $ 1,675 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 6,865** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out-of-pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into homeowner's personal account. Checks are then to be made payable to Demo Diva.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____        _____
DEMO DIVA                                   HOMEOWNER   *P.J. VIDACOVICH*

_____        *Dec. 27, 2009*
DATE                                           DATE

*12-28-09   Sent to Demo Diva*                                          *75629*



**the**
**DEMO DIVA**
**DEMOLITION**

6248 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 16, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 4000 N Beach Blvd. Bay St. Louis, MS 39520 |
| **Home Owner:** | Henry W. Busch Jr. |
| **Mailing Address:** | 413 Oak Leaf Dr. Lafayette, LA 70503 |
| **Contact Phone Numbers:** | 337-984-6120 |
| **Email:** | buzp@bellsouth.net |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. (1,000) sf of residential slab @ $3.50 per square foot. | $3,500 |
| (4) – 8-yard loads of fill dirt graded. $335/per load: | $1,340 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$6,040** |

## TERMS:

I.  ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III.  Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.  Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
DEMO DIVA                              HOMEOWNER

_____          _____
DATE                                       12/23/09
                                               DATE

12-28-09- Sent to Demo Diva

32359



### the
# DEMO DIVA
### D E M O L I T I O N

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 486-4121    Fax (866) 678-3977**
demo@thedemodiva.com

December 21, 2009

# Agreement

| | | | |
|---|---|---|---|
| **ICC Property Address:** | 235 Baywood Dr.<br>Pass Christian, MS 39571 | | |
| **Home Owner:** | Betty Arbo | | |
| **Mailing Address:** | 173 Greenwood Dr.<br>Daphne, AL 36526-7974 | | |
| **Contact Phone Numbers:** | 251-625-3851 | 228-234-0025 | |
| **Email:** | b.arbo@mchsi.com | | |
| **Flood Insurance Co.** | | | |
| **Policy NO.** | | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away.<br>2,000 sf of residential slab @ $3.50 per square foot. | $ 7,000 |
| (8) – 18-yard loads of fill dirt graded, $335/per load: | $ 2,680 |
| Disconnection of Utilities: | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 10,880** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.

II.  Homeowner will have no out-of-pocket expenses.

III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into homeowner's personal account. Checks are then to be made payable to Demo Diva.

V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____
**DEMO DIVA**

_Betty J. Arbo_
**HOMEOWNER**

_____
**DATE**

_Dec. 21, 2009_
**DATE**

_12-22-09 Sent to Demo Diva_

_32339_



**the**
**DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 1407 Dubar Ave.<br>Bay St. Louis, MS |
| **Home Owner:** | Quinn Eagan |
| **Mailing Address:** | 5957 Louis XIV<br>New Orleans, LA 70124 |
| **Contact Phone Numbers:** | 504-482-1020 |
| **Email:** | quinn@preneed.net |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away, 2,000 sf of residential slab @ $3.50 per square foot. | $6300 |
| Garage Property + (8)–18-yard loads of fill dirt graded. $335/per load: | $2680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$10180** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____          Quinn Eagan
**DEMO DIVA**                     **HOMEOWNER**

_____          12-19-09
**DATE**                         **DATE**

12-22-09  Sent to Demo Diva                    56029



**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 488-4121     Fax (866) 678-3977**
demo@thedemodiva.com

December 7, 2009

# Agreement

| ICC Property Address: | 329 East 5th Street<br>Long Beach, MS 395036 | | | |
|---|---|---|---|---|
| **Home Owner:** | Salvador & Carol Giuffria | | | |
| **Mailing Address:** | 11347 Crystal Lake Drive<br>Gulfport, MS 39503 | | | |
| **Contact Phone Numbers:** | 228-832-4016 | | | |
| **Email:** | 94ms@hotmail.com | | | |
| **Flood Insurance Co.** | | | | |
| **Policy NO.** | | | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 2,000 sf of residential slab @ $3.50 per square foot. | $ 7000 |
| (10) -- 18-yard loads of fill dirt graded. $335/per load: | $3350 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$11550** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

*[signatures]*
**DEMO DIVA**
*Carol Giuffria*
*Malissa Giuffria, Trustee*
12/21/09
**DATE**

Salvador Giuffria
CAROL Giuffria
*[signatures]*  Carol Giuffria
**HOMEOWNER**
Malissa Giuffria, Trustee
12/21/09
**DATE**

55999



6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| **ICC Property Address:** | 3320 11th St. Gulf Port, MS 39501 | | |
|---|---|---|---|
| **Home Owner:** | Edith Eileen Cain | | |
| **Mailing Address:** | 313 Joyce Ave. Long Beach, MS 39560 | | |
| **Contact Phone Numbers:** | 228-863-4767 | | |
| **Email:** | cain76@bellsouth.net | | |
| **Flood Insurance Co.** | Travelers Ins. | | |
| **Policy NO.** | | | |

## Cost Paid for by ICC FUNDS

| Demolition of concrete foundation; includes hauling debris away, 1,222 sf of residential slab @ $3.50 per square foot. | $4,277 |
|---|---|
| (5) – 18-yard loads of fill dirt graded, $335/per load: | $1,675 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$7,152** |

### TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.   Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.   Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.   Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.   Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.   If ICC funds are denied this agreement will be null and void.

Signatures:

_____
**DEMO DIVA**

Edith Eileen Cain
**HOMEOWNER**

_____
**DATE**

Dec. 17, 2009
**DATE**



**the DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-0977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | | | |
|---|---|---|---|
| **ICC Property Address:** | 11130 Kenann<br>Bay St. Louis, MS | *Koennan Lane* | |
| **Home Owner:** | Paul Gray & Merrill Domas | | |
| **Mailing Address:** | 157 County Rd., Rte 17<br>Valatie, NY 12841 | | |
| **Contact Phone Numbers:** | 518-392-8176 | 518-929-3569 | |
| **Email:** | mbdomus@earthlink.net | *mb domas@att.net* | |
| **Flood Insurance Co.** | USAA | | |
| **Policy NO.** | | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 2600 sf of residential slab @ $3.50 per square foot. | $9,100 |
| ( 10) – 18-yard loads of fill dirt graded. $335/per load: | $3,350 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$13,650** |

### TERMS:

I. ICC funds will pay for the total cost of this agreement.

II. Homeowner will have no out of pocket expenses.

III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.

V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX. If ICC funds are denied this agreement will be null and void.

| Demo Diva, LLC | Date | Homeowner | Date |
|---|---|---|---|
| _____ | _____ | *Merrill B. Domas* | *12-15-09* |

*12-16-09 Sent To Demo Diva*

PAGE 01/01        FEDEXKINKOS1976        2252481624        12/16/2009 18:42

55679



# the
# DEMO DIVA
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 328 Hilkrest St. Waveland, MS 39576 |
| **Home Owner:** | Mary Fisher  *FISCHER* |
| **Mailing Address:** | 29400 East Street Lacombe, LA 70445 |
| **Contact Phone Numbers:** | 985-882-2534 |
| **Email:** | |
| **Flood Insurance Co.** | Allstate |
| **Policy NO.** | |

## Cost Paid for by ICC FUNDS

| Description | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,600 sf of residential slab @ $3.50 per square foot. | $ 5600 |
| (8) – 18-yard loads of fill dirt graded. $335/per load: | $2680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$9480** |

## TERMS:

I. ICC funds will pay for the total cost of this agreement.

II. Homeowner will have no out of pocket expenses.

III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.

V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX. If ICC funds are denied this agreement will be null and void.

Signatures:

_____          *Mary B. Fischer*
**DEMO DIVA**                          HOMEOWNER

_____          *Dec. 14, 2009*
**DATE**                               DATE

*12-15-09  Sent to Demo Diva*                                    *55929*



6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| ICC Property Address: | 131 Elaine Dr. Bay St. Louis, MS 39520 | | |
|---|---|---|---|
| Home Owner: | Larry Laguin | | |
| Mailing Address: | 140 Tomahawk Lane Covington, LA 70435 | | |
| Contact Phone Numbers: | 985-892-4676 | | |
| Email: | LJL140@aol.com | | |
| Flood Insurance Co.: | THE HARTFORD | | |
| Policy NO.: | 8702415064320S | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,400 sf of residential slab @ $3.50 per square foot. | $4,900 |
| (10) – 18-yard loads of fill dirt graded. $335/per load: | $3,350 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$9,450** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
**DEMO DIVA**                              **HOMEOWNER**

                                        12-14-09

_____          _____
**DATE**                                    **DATE**



**6246 Memphis Street New Orleans, LA 70124**
**Phone (504) 486-4121      Fax (866) 678-3977**
demo@thedemodiva.com

December 8, 2009

# Agreement

| ICC Property Address: | 5932 Forrest Ave. |
| | Bay St. Louis, MS 39520 |
| Home Owner: | Randy Pittman |
| Mailing Address: | 3035 Forrest Ave. |
| | Bay St. Louis, MS 39520 |
| Contact Phone Numbers: | 123-453-9585 |
| | |
| E-mail: | randy.ittman@hotmail.com |
| Time & ... | Demo on contract |
| | |
| Type of Job | |

Scope of Work and Payment Information

| | Furnishing of all labor, insurance, material, hauling, mobilization, |
| | disposal to perform the following services: Debris |
| | Removal, Disposal of the Site premises, and other related Tasks |
| | Disconnection of Utilities: $2,500 |
| | TOTAL CONTRACT PRICE: $2,500 |

Terms:

1. ICC funds will pay for this upon completion of the agreement.

2. Homeowner will agree to all the contents contained.

3. Homeowner hereby agrees to adhere to all the agreements within the contract. In signing this document, the Homeowner reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

4. Homeowner will secure any equipment and be for the full amount of this agreement. Upon final closing, Both should agree to the settlement on the agreed amount.

5. Owner agrees to surrender and hold Demo Diva harmless from all liability in posting a payment or ownership interest in the ICC's Debris Removal and imaging with associated mortgages resulting from the sale of the property.

6. Upon signing this agreement, Demo Diva and Homeowner hereby agree to resolve the associated with this salvage rights and all warranties will make payable to this and any other outstanding damages and liability on property.

7. Demo Diva will on their own risk... Demo Diva agrees to leave in process all rules and Homeowner agrees on their own risk of communicate with Demo Diva's rules and understanding of the Guarantee will remain and acknowledging DEMO DIVA or their interest.

8. If there is no prevailing agreement, the owner will not be...

Demo Diva, LLC                Date                Homeowner                Date

[signature] Randy P. Pittman 12-13-09



the **DEMO** DIVA
D E M O L I T I O N

6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 123 Janelle Dr.<br>Bay St. Louis, MS |
| **Home Owner:** | Wally & Gracy Swahn |
| **Mailing Address:** | 7452 Crazy Horse Dr.<br>Kiln, MS 39556 |
| **Contact Phone Numbers:** | 228-586-0208 |
| **Email:** | graceswahn@att.net |
| **Flood Insurance Co.** | All State |
| **Policy NO.** | 1-80-242787-0 |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,100 sf of residential slab @ $3.50 per square foot. | $3,850 |
| (5) – 18-yard loads of fill dirt graded. $335/per load: | $1,675 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$6,725** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____    _Walter A Swahn_
**DEMO DIVA**                **HOMEOWNER**

_____    _12/15/2009_
**DATE**                     **DATE**

_12-15-09  Sent to Demo Diva_                          75349



**the**
# DEMO DIVA
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121        Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

## Agreement

| ICC Property Address: | 1012 N. Beach Blvd. Bay St. Louis, MS 39520 | | |
|---|---|---|---|
| Home Owner: | Laurie Turfitt | | |
| Mailing Address: | 493 Dan M Russell Dr. Bay St. Louis, MS 39520 | | |
| Contact Phone Numbers: | 228-467-5574 | | |
| Email: | | | |
| Flood Insurance Co. | National Flood | | |
| Policy NO. | | | |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,716 sf of residential slab @ $3.50 per square foot. | $6,006 |
| (7) – 18-yard loads of fill dirt graded. $335/per load: | $2,345 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$9,551** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____        _____
**DEMO DIVA**                  **HOMEOWNER**

_____        12/10/09
**DATE**                       **DATE**

12-11-09 Sent to Demo Diva                    40989



**the**
**DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| ICC Property Address: | 135-137 Dearman Ave, Longbeach, MS 39560 | |
|---|---|---|
| Home Owner: | Laurie Turfitt | |
| Mailing Address: | 493 Dan M Russell Dr. Bay St. Louis, MS 39520 | |
| Contact Phone Numbers: | 228-467-5574 | |
| Email: | | |
| Flood Insurance Co. | National Flood | |
| Policy NO. | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 2,295 sf of residential slab @ $3.50 per square foot. | $8,032.50 |
| (8) – 18-yard loads of fill dirt graded. $335/per load: | $2,680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$11,912.50** |

## TERMS:

I.     ICC funds will pay for the total cost of this agreement.
II.    Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.    Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.     Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.    If ICC funds are denied this agreement will be null and void.

Signatures:

_____
**DEMO DIVA**

_____
**DATE**

_____
**HOMEOWNER**

12/10/09
_____
**DATE**

Jonathon B Turfitt : 2/10/09
-Amber Kidd

12-11-09 Sent to Demo Diva                    40999


# the
# DEMO DIVA
# D E M O L I T I O N

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121      Fax (866) 678-3977

December 9, 2009

# Agreement

| ICC Property Address: | 304 Bayview St.  Pass Christian, MS 39571 | | |
|---|---|---|---|
| Home Owner: | Kim O'Brien | | |
| Mailing Address: | 315 Baltic St.  Waveland, MS 39576 | | |
| Contact Phone Numbers: | 228-466-8958 | 228-806-1474 | |
| Email: | Kim_obrien@bellsouth.net | | |
| Flood Insurance Co. | State Farm | | |
| Policy NO. | 99-60-2051-5 | | |

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,935 sf of residential slab @ $3.50 per square foot. | $6,772.50 |
| (8) – 18-yard loads of fill dirt graded. $335/per load: | $2,680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$10,652.50** |

## TERMS:

I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.

Signatures:

_____

**DEMO DIVA**

Kim O'Brien
**HOMEOWNER**

_____

**DATE**

12-10-09
**DATE**

12-10-09 Sent to Demo Diva

#1019



6248 Memphis Street  New Orleans, LA  70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

## Agreement

Address Correction: ✗

| | |
|---|---|
| **ICC Property Address:** | 143 Least Fern Dr, Pass Christian, MS 39571   *143 LEAST FERN DR* |
| **Home Owner:** | Ann Bayliss  *A/K/A BEVERLY ANN BAYLISS* |
| **Mailing Address:** | 10024 Oak Run Dr. Apt. J Charlotte, NC  28210 |
| **Contact Phone Numbers:** | 704-540-1391 |
| **Email:** | bannbayliss@carolina.rr.com |
| **Flood Insurance Co.** | All State |
| **Policy NO.** | |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,628 sf of residential slab @ $3.50 per square foot. | $5,698 |
| (7) – 18-yard loads of fill dirt graded. $335/per load: | $2,345 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$9,243** |

### TERMS:

I.    ICC funds will pay for the total cost of this agreement.
II.   Homeowner will have no out of pocket expenses.
III.  Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.   Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.    Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.   Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.   If ICC funds are denied this agreement will be null and void.

Signatures:

_____
DEMO DIVA

HOMEOWNER *Beverly A. Bayliss*

_____
DATE

*10 DECEMBER 2009*
DATE

*12-10-09 Sent to Demo Diva*

*75499*



the
**DEMO DIVA**
D E M O L I T I O N

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 3, 2009

# Agreement

| ICC Property Address: | 213 N. Beach Blvd., Waveland, MS 39576 | | |
|---|---|---|---|
| Home Owner: | Eric Meindl | | |
| Mailing Address: | 716 Mt. Airy Church Rd., Easley, SC 29642 | | |
| Contact Phone Numbers: | 864.295.1290 | | |
| Email: | emeindl@aol.com | | |
| Flood Insurance Co. | Fidelity NATIONAL INSURANCE Co. | | |
| Policy NO. | 232 510026735 00 | | |

FLOOD LOSS CLAIM: 105 - D068675
## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. $3.50 per square foot. | |
| Total square feet of structure is: 2,000 | $7,000 |
| ( 8 ) – 18-yard loads of fill dirt graded. $335 per load: | $2,600 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$10,880** |

## TERMS:
I.   ICC funds will pay for the total cost of this agreement.
II.  Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.  Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.   Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.  Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.  If ICC funds are denied this agreement will be null and void.
X.   UPON COMPLETION OF WORK, HOMEOWNER OR HIS DESIGNATED REPRESENTATIVE, BRUCE MORREALE OF MORREALE LANDSCAPING, BAY ST. LOUIS, MS, MAY INSPECT PROPERTY TO CONFIRM SUITABILITY FOR ROUTINE CARE AND MAINTENANCE.

Demo Diva, LLC                    Date          Homeowner                    Date

_Eric A. Meindl_  12/9/09



**the DEMO DIVA**
DEMOLITION

6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| | |
|---|---|
| **ICC Property Address:** | 819 Azala Dr. Bay St. Louis, MS 39520 |
| **Home Owner:** | Eric Meindl  AIRY |
| **Mailing Address:** | 716 Mt. Any Church Rd. Easley, SC 29642 |
| **Contact Phone Numbers:** | 864-295-1290 |
| **Email:** | ~~illegible~~ |
| **Flood Insurance Co.** | Fidelity  NATIONAL  INSURANCE  Co. |
| **Policy NO.** | 232 510 190 597  00 |

FLOOD  LOSS  CLAIM  NO.  105—0068861

## Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,300 sf of residential slab @ $3.50 per square foot. | $ 4550 |
| (5) – 18-yard loads of fill dirt graded. $335/per load: | $ 1675 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$7425** |

## TERMS:

I. ICC funds will pay for the total cost of this agreement.

II. Homeowner will have no out of pocket expenses.

III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.

V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX. If ICC funds are denied this agreement will be null and void.

X. UPON COMPLETION OF WORK, HOMEOWNER OR HIS DESIGNATED REP-
RESENTATIVE, BRUCE MORREALE OF MORREALE LANDSCAPING, BAY
ST. LOUIS, MS MAY INSPECT PROPERTY TO CON-
FIRM SUITABILITY FOR ROUTINE CARE AND MAINTEN-
ANCE.

Signatures:

_____        _____
**DEMO DIVA**                            **HOMEOWNER**


_____        _____12/9/09_____
**DATE**                                      **DATE**

12-10-09 Sent To Demo Diva                                    55739



# the
# DEMO DIVA
### D E M O L I T I O N

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 488-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

## Agreement

| ICC Property Address: | 984 S. Beach Blvd. Bay St. Louis, MS | | |
|---|---|---|---|
| Home Owner: | Liz Perkinson  ICO/ Lucretia Fly | | |
| Mailing Address: | 324 Main St. Bay St. Louis, MS 39520 | | |
| Contact Phone Numbers: | 228-466-2729 | 228-332-0961 | |
| Email: | lzperk2@yahoo.com | | |
| Flood Insurance Co. | | | |
| Policy NO. | | | |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,600 sf of residential slab @ $3.50 per square foot. | $5,600 |
| (6) — 18-yard loads of fill dirt graded. $335/per load: | $2,010 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$8,810** |

## TERMS:

I. ICC funds will pay for the total cost of this agreement.

II. Homeowner will have no out of pocket expenses.

III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.

IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.

V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.

VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.

VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.

VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.

IX. If ICC funds are denied this agreement will be null and void.

SIGNATURE:

_____
DEMO DIVA

_____
DATE

_Liz Perkinson_
HOMEOWNER

12/8/09
DATE

12-8-09 Sent to Demo Diva                    55669



# the DEMO DIVA
## DEMOLITION

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

December 9, 2009

## Agreement

| ICC Property Address: | 205 Waveland Ave. Waveland, MS 39520 | | |
|---|---|---|---|
| **Home Owner:** | Ronald Peterson | | |
| **Mailing Address:** | 96119 Kapalma Dr. Diamondhead, MS 39520 | | |
| **Contact Phone Numbers:** | 228-586-9132 | 228-806-1231 | |
| **Email:** | Petersonronald1@yahoo.com | | |
| **Flood Insurance Co.** | State Farm | | |
| **Policy NO.** | 242 424 832 | | |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. 1,932 sf of residential slab @ $3.50 per square foot. | $6,7620 |
| (8) – 18-yard loads of fill dirt graded. $335/per load: | $2,680 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$10,642** |

### TERMS:

I. ICC funds will pay for the total cost of this agreement.
II. Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX. If ICC funds are denied this agreement will be null and void.

Signatures:

_____          _____
**DEMO DIVA**                          **HOMEOWNER**

                                       12-9-09

_____          _____
**DATE**                               **DATE**

12-10-09 Sent to Demo Diva

41049



the
**DEMO DIVA**
D E M O L I T I O N

6246 Memphis Street  New Orleans, LA 70124
Phone (504) 486-4121      Fax (866) 678-3977
demo@thedemodiva.com

December 7, 2009

# Agreement

| ICC Property Address: | 214 Hillcrest St. Waveland, MS 39576 | | |
|---|---|---|---|
| Home Owner: | Eric Meindl *AIRY* | | |
| Mailing Address: | 716 Mt. Ariy Church Rd. Easley, SC 29646 | | |
| Contact Phone Numbers: | 864-295-1290 | 228-263-3421 | |
| Email: | emeindl@aol.com | | |
| Flood Insurance Co. | State Farm | | |
| Policy NO. | 24 - RA - 1551 - 0 | | |

*FLOOD LOSS CLAIM: 24 - E490 - 360*

## Cost Paid for by ICC FUNDS

| Demolition of concrete foundation; includes hauling debris away. | |
|---|---|
| 1,500 sf of residential slab @ $3.50 per square foot. | $5,250 |
| (6) – 18-yard loads of fill dirt graded. $335/per load: | $2,010 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$8,460** |

## TERMS:

I. ICC funds will pay for the total cost of this agreement.
II. Homeowner will have no out of pocket expenses.
III. Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV. Homeowner will receive two payment checks for the full amount of this agreement from their flood company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V. Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI. Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII. Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII. Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX. If ICC funds are denied this agreement will be null and void.
X. *UPON COMPLETION OF WORK HOMEOWNER OR HIS DESIGNATED REPRESENTATIVE, BRUCE MORREALE OF MORREALE LANDSCAPING, INC BAY ST. LOUIS, MS, MAY INSPECT PROPERTY 12/9/09 TO CONFIRM SUITABILITY FOR ROUTINE CARE AND MAINTENANCE:*

SIGNATURE:

*Eric G. Meindl*

DEMO DIVA                                    HOMEOWNER

                                             *12/9/09*

DATE                                         DATE



**the**
# DEMO DIVA
**D E M O L I T I O N**

6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121    Fax (866) 678-3977
demo@thedemodiva.com

December 3, 2009

## Agreement

| | |
|---|---|
| **ICC Property Address:** | 112 N. Bourgeois Waveland, MS 39576 |
| **Home Owner:** | Monique LeCompte |
| **Mailing Address:** | 1013 Andrews Ave, Metairie, LA 70005 |
| **Contact Phone Numbers:** | 504-834-5774 \| 504-988-5128 \| 504-616-4018 |
| **Email:** | Mole0922@yahoo.com |
| **Flood Insurance Co.** | State Farm |
| **Policy NO.** | 246053223 |

### Cost Paid for by ICC FUNDS

| | |
|---|---|
| Demolition of concrete foundation; includes hauling debris away. $3.50 per square foot. Total square feet of structure is: $1,300 | $4,550 |
| ( 6) – 18-yard loads of fill dirt graded. $335 per load: | $2,010 |
| Disconnection of Utilities: | $1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$7,760** |

### TERMS:

I.     ICC funds will pay for the total cost of this agreement.
II.    Homeowner will have no out of pocket expenses.
III.   Homeowner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement.  The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the Homeowner.
IV.    Homeowner will receive two payment checks for the full amount of this agreement from their flood company.  Both checks are to be endorsed and made payable to Demo Diva upon receipt.
V.     Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
VI.    Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property.  It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
VII.   Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
VIII.  Homeowner agrees to allow Demo Diva to communicate with flood insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
IX.    If ICC funds are denied this agreement will be null and void.

**Demo Diva, LLC**                    **Date**        **Homeowner**                    **Date**

_____    _____        Marque N. LeCompte    12.4.09

40939



**the**
# DEMO DIVA
**D E M O L I T I O N**

**6246 Memphis Street  New Orleans, LA 70124**
**Phone (504) 486-4121      Fax (504) 486-4126**
demo@thedemodiva.com

December 2, 2009

# Agreement

**ICC Property Address:**      201 5th St.  Waveland, MS 39576

**Property Owner:**             Terry Rush

**Mailing Address:**            112 Grass St.  Waveland, MS 39576

**Contact Number:**             228-467-5057 or 228-332-0213

**Email:**                      terryrush@gmail.com

**Flood Insurance Co.**         National Flood

**Policy No.**

| | |
|---|---|
| Demolition of concrete foundation, includes hauling away of all debris. | |
| 1,200 square feet @ $3.50 / sq. ft. | $4,095 |
| (6) 18-yard loads of river sand dumped and graded @ $335 / load | $2,010 |
| Disconnection of utilities | $1,200 |
| **TOTAL** | **$7,305** |

**TERMS OF CONTRACT:**
1.  Homeowner will receive two payment checks for the full amount of this agreement from Flood Company. Both checks are to be endorsed and made payable to Demo Diva upon receipt.
2.  Owner agrees to indemnify and hold The Demo Diva, LLC harmless from all claims of persons who claim an ownership interest in the Work Site and alleging any loss and/or damage resulting from the execution of this Contract.
3.  Upon signing of the agreement, Demo Diva has right of access to property and full salvage rights to any materials left in/on property.  It is not the responsibility of DD if any items of storage are missing or damaged.
4.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Grant.
5.  Homeowner agrees to allow Demo Diva to communicate with Flood Insurance and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
6.  Home owner will have no out of pocket expense, ICC funds will pay for the cost of this agreement.
7.  If ICC funds are denied this agreement will be null and void.

THE DEMO DIVA                                HOME OWNER

_____

SIMONE BRUNI

DATE:_____                _____12/3/09_____ DATE

75359



**the DEMO DIVA**
**D E M O L I T I O N**

6246 Memphis Street New Orleans, LA 70124
Phone (504) 486-4121     Fax (866) 678-3977
demo@thedemodiva.com

January 18, 2010

## Agreement

| ICC Property Address: | 6131 Second St. Bay St. Louis, MS 39520 |
|---|---|
| Property Owner: | Russel Gurien |
| Mailing Address: | 2948 Grand Rte. St. John New Orleans, LA 70119 |
| Contact Phone Numbers: | 504-948-9277 |
| Email: | r_Guerin@msn.com |
| Flood Insurance Co. | |
| Policy NO. | |

### Cost Paid for by ICC FUNDS

| Demolition of concrete foundation; includes hauling debris away. | |
|---|---|
| 1,600 sf of slab @ $3.50 per square foot. | $ 5,600 |
| (6) – 18-yard loads of fill dirt graded. $335/per load. | $ 2,010 |
| Disconnection of Utilities. | $ 1,200 |
| **TOTAL COST PAID BY ICC FUNDS** | **$ 8,810** |

### TERMS:

i.    ICC funds will pay for the total cost of this agreement.
ii.   Property owner will have no out-of-pocket expenses.
iii.  Property owner is required to return the agreement within 3 days of receiving this document or Demo Diva reserves the right to cancel this agreement. The effective date of this agreement will be when Demo Diva receives a fully executed agreement from the property owner.
iv.   Property owner will receive two payment checks for the full amount of this agreement from their flood insurance company. Insurance checks are to be deposited into the property owner's personal account. Checks are then to be made payable to Demo Diva.
v.    Owner agrees to indemnify and hold Demo Diva harmless from all claims of persons who claim an ownership interest in the ICC Property Address and alleging any loss and/or damage resulting from the execution of this agreement.
vi.   Upon signing this agreement, Demo Diva has the right to access the property with full salvage rights to any materials left in/on property. It is not the responsibility of Demo Diva if any items of storage are missing or damaged.
vii.  Demo Diva will obtain all permits, photos, and survey required to process the ICC Funds.
viii. Property owner agrees to allow Demo Diva to communicate with flood insurance company and request documents (Claim Summary) which would assist in qualifying customer for ICC Funds.
ix.   If ICC funds are denied this agreement will be null and void.

Signatures:

_____            _____
DEMO DIVA                          PROPERTY OWNER


_____            _____
DATE                               DATE

Document Integrity Verified                                 EchoSign Transaction Number: 33A2VK6U35W29



55789
1/19/2010

**Signature:** *Russell B. Guerin*
Russell B. Guerin (sign Jan. 19, 2010)

**Email:** r_guerin@msn.com

**Signature:**

**Email:** diva@thedemodiva.com

Document Integrity Verified

EchoSign Transaction Number: 33A2VK6U35W29

Sign
You need to **sign in 1 location(s)**.