

**B G Gulf Coast Properties LLC**

6150 Diamond Centre Ct.
Ft. Myers, FL 33912

Ph.
Fax: 239-210-4141
e-mail: kkern@bglandholdings.com

# Exhibit "H"

**BILL TO:**
Demo Diva Demolitions, LLC
6473 Memphis Street
New Orleans, LA 70124
Office: (504) 486-4121
Fax:    (504) 486-4126

**INVOICE #** 33540
**INVOICE DATE:** 1/04/10
**DUE ON RECEIPT OF INVOICE**

| | Item | Name | Address | Sq.Ft. | Slab | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| LA | 31589 | Perry & Iris Chester (Iris White) | 6401 4th St. - LA | 1000 | Yes | $1.00 | $1,000.00 |
| LA | 31899 | David Guillotte | 3726 Juno Dr. - LA | 570 | Yes | $1.00 | $570.00 |
| LA | 31909 | Joe Guillotte | 3724/26 Juno Dr. - LA | 570 | Yes | $1.00 | $570.00 |
| LA | 32279 | Beverly Thompson | 5527 Press Dr. - LA | 2000 | No | $2.00 | $4,000.00 |
| LA | 40599 | Kim Ferrand | 13529 St. Marie Ct. - LA | 1870 | No | $2.00 | $3,740.00 |
| LA | 40739 | Mitchell Hammonds | 5009 St. Anthony St.- LA | 1050 | No | $2.00 | $2,100.00 |
| LA | 53784 | Sheila Gaines / ICO Lawrence Gaines | 1928 Pauline St. LA | 1500 | No | $2.00 | $3,000.00 |
| LA | 54079 | William and Diane Allison | 3216 Pecan - LA | 1500 | Yes | $1.00 | $1,500.00 |
| LA | 75049 | David Mercadel | 4622 Majestic Oaks Dr. - LA | 1480 | Yes | $1.00 | $1,480.00 |
| LA | 75149 | Emmett Lymuel | 1936 Tupelo St., LA | 1000 | No | $2.00 | $2,000.00 |
| MS | 32169 | Opal B. Anglin | 155 Locust Dr. MS | 1500 | Yes | $1.00 | $1,500.00 |
| MS | 32229 | Edith Eileen Cain | 3320 11th St. - MS | 1222 | Yes | $1.00 | $1,222.00 |
| MS | 32239 | Wanda & Roland Caire | 509 Sandy Hook Dr. - MS | 900 | Yes | $1.00 | $900.00 |
| MS | 32359 | Henry W. Busch Jr. (Bill) | 4000 N Beach Blvd. - MS | 1000 | Yes | $1.00 | $1,000.00 |
| MS | 41149 | Richard Lyon | 101 Douglas Ave. - MS | 3388 | Yes | $1.00 | $3,388.00 |
| MS | 41189 | Ryan A McDonald | 4048 Sumatra - MS | 2420 | Yes | $1.00 | $2,420.00 |
| MS | 55619 | Robert & Alice Fowlkes | 217 Hillcrest St. - MS | 1860 | Yes | $1.00 | $1,860.00 |
| MS | 55719 | Charles and Lynn Mary | 211 Surf St. - MS | 4382 | Yes | $1.00 | $4,382.00 |
| MS | 55889 | Larry & Kathy Johnson | 408 Piney Ridge Rd.- MS | 2,000 | Yes | $1.00 | $2,000.00 |
| MS | 55929 | Mary Fisher | 328 Hillcrest St. - MS | 1,600 | Yes | $1.00 | $1,600.00 |
| MS | 55999 | Salvador & Carol Giuffria | 329 E. 5th St. - MS | 2000 | Yes | $1.00 | $2,000.00 |
| MS | 56029 | Quinn Eagan | 1407 Dubar Ave. - MS | 2000 | Yes | $1.00 | $2,000.00 |
| MS | 75349 | Wally & Gracy Swahn | 123 Janelle Dr. - MS | 1100 | Yes | $1.00 | $1,100.00 |
| MS | 75519 | Michael Stamper | 97 Buena Vista - MS | 2200 | Yes | $1.00 | $2,200.00 |
| MS | 75629 | Paul Vidacovich | 404 Mason Ave - MS | 1140 | Yes | $1.00 | $1,140.00 |
| MS | 75729 | Dolly Williamson | 145 Markham Dr. - MS | 3250 | Yes | $1.00 | $3,250.00 |
| | | | | | **SUB TOTAL** | | **$51,922.00** |
| LA | 40389 | Samuel Kirk (Can't find he had Insurance) | 2316/2318 4th St. - LA | 2785 | No | $2.00 | ($5,570.00) |
| LA | 55039 | Stephaine Growl (Insurance Denied) | 1212 Mehle - LA | 1,100 | Yes | $1.00 | ($1,100.00) |
| MS | 32149 | Randy Blake (double billed inv. 33539 12-15-09) | 5022 Forrest Ave - MS | 1092 | Yes | $1.00 | ($1,092.00) |
| | | Wire Fee | | | | | ($20.00) |
| | | | | | **Less Credits** | | **($7,782.00)** |
| | | | | | **TOTAL DUE** | | **$44,140.00** |

**B G GULF COAST PROPERTIES LLC**

6150 Diamond Centre Ct.
Ft. Myers, FL 33912

Phone: 239-992-9036
Fax: 239-210-4141
e-mail: kkern@bglandholdings.com

**BILL TO:**
Demo Diva Demolitions, LLC
6473 Memphis Street
New Orleans, LA 70124
Office: (504) 486-4121
Fax:   (504) 486-4126

**INVOICE # 33550**
**INVOICE DATE: 1/15/10**
**DUE ON RECEIPT OF INVOICE**

|    | Item  | Name                        | Address                      | Sq.Ft. | Slab | Unit Price | Total        |
|----|-------|-----------------------------|------------------------------|--------|------|------------|--------------|
| LA | 32049 | Sylvia & Jesse J Simpson    | 7301 Eastmore Rd.            | 3000   | Yes  | $1.00      | $3,000.00    |
| MS | 32309 | Donald Berner & Kaye Lessert| 225 Market St.               | 2000   | Yes  | $1.00      | $2,000.00    |
| MS | 32399 | Nicole and Patrick Cleveland| 81 Harrison Rd.              | 765    | Yes  | $1.00      | $765.00      |
| MS | 32429 | Sharon H Ehrlich            | 469 Thomas St.               | 2400   | Yes  | $1.00      | $2,400.00    |
| MS | 41069 | Susan Turpin                | 0 Shelter Rock Dr.           | 1000   | Yes  | $1.00      | $1,000.00    |
| MS | 41089 | Patricia Leibe              | 1526 Dunbar                  | 1260   | Yes  | $1.00      | $1,260.00    |
| MS | 41179 | Marclyn and Jimmy Parker    | 111 McLaurin Rd.             | 1438   | Yes  | $1.00      | $1,438.00    |
| MS | 41199 | Gerald J. & Lillian Pultier | 419 Bayview Dr.              | 960    | Yes  | $1.00      | $960.00      |
| MS | 55679 | Paul Gray & Merrill Domas   | 11130 Koennan Ln.            | 2600   | Yes  | $1.00      | $2,600.00    |
| MS | 55989 | Kelly & Cynthia Gerous      | Hayden Ave.                  | 2100   | Yes  | $1.00      | $2,100.00    |
| MS | 56109 | Tracey Johnson              | 118 Elnnor Dr.               | 1100   | Yes  | $1.00      | $1,100.00    |
| MS | 56169 | Francis Hall                | 409 Gulf View Ave.           | 2088   | Yes  | $1.00      | $2,088.00    |
| MS | 56179 | Thelbert Hamm               | 314 Bayview St.              | 1500   | Yes  | $1.00      | $1,500.00    |
| MS | 56259 | Jerry Kelly                 | 330 Cherry Lane              | 3108   | Yes  | $1.00      | $3,108.00    |
| MS | 56279 | Timoty Langen               | Bayview St.                  | 900    | Yes  | $1.00      | $900.00      |
| MS | 56400 | Jerry Kelly                 | 112 Kelly Cove               | 1500   | Yes  | $1.00      | $1,500.00    |
| MS | 56410 | Jerry Kelly                 | 318 Parkview                 | 2260   | Yes  | $1.00      | $2,260.00    |
| MS | 56420 | Jerry Kelly                 | 312 Parkview                 | 2268   | Yes  | $1.00      | $2,268.00    |
| MS | 56430 | Jerry Kelly                 | 229 Baywood                  | 3000   | Yes  | $1.00      | $3,000.00    |
| LA | 74389 | Joseph and Marie Moniz      | 1804 Aycock Dr.              | 1300   | Yes  | $1.00      | $1,300.00    |
| MS | 75409 | Gloria Roman                | 36416 W. Beach Blvd.         | 2288   | Yes  | $1.00      | $2,288.00    |
| MS | 75599 | Cyrus Rockwood              | 115 Buena Vista Dr.          | 1813   | Yes  | $1.00      | $1,813.00    |
| MS | 75609 | John Schaefer               | 412 Richmond Dr.             | 1400   | Yes  | $1.00      | $1,400.00    |
| MS | 75719 | Juanita Warren              | 1500 Sadler Dr.              | 1250   | Yes  | $1.00      | $1,250.00    |
| MS | 75759 | Beverly Zimek               | 205 Charters St.             | 1755   | Yes  | $1.00      | $1,755.00    |
|    |       |                             |                              |        | **SUB TOTAL** |       | **$45,053.00** |
| LA | 30939 | Stephen J & Susan Salles    | 1805 Mehle St.               | 1700   | Yes  | -$1.00     | -$1,700.00   |
| LA | 30989 | Jason & Kerri Travis        | 216 E. Solidell Dr           | -1224  | Yes  | -$1.00     | -$1,224.00   |
| LA | 31149 | Linda Schultz               | 2008 Kenilworth Dr.          | -1000  | Yes  | -$1.00     | -$1,000.00   |
| LA | 31769 | Ronald Staes                | 37 Crane St.                 | -844   | No   | -$2.00     | -$1,688.00   |
| LA | 54079 | William & Diane Allison     | 2816 Pirate Dr.              | -1800  | Yes  | 0.87%      | -$1,566.00   |
| LA | 55549 | Evelyn Alexis               | 1432/34 Japonica             | 1900   | No   | -$2.00     | -$3,800.00   |
| LA | 55559 | Evelyn Alexis               | 2722 Benifit St.             | 1598   | Yes  | -$1.00     | -$1,598.00   |
| LA | 55569 | Evelyn Alexis               | 1/2 Gen Taylor               | 2000   | No   | -$2.00     | -$4,000.00   |
| LA | 80719 | Everlyn Baker/Warren Perez  | 2001 Yscloskey, St.Bernard   | -1500  | No   | 0.87%      | -$1,305.00   |
|    |       | Wire Fee                    |                              |        |      |            | ($20.00)     |
|    |       |                             |                              |        |      | **Less Credits** | **($17,901.00)** |
|    |       |                             |                              |        |      | **TOTAL DUE**    | **$27,152.00**   |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **B G** | | | | | |
| 6150 Diamond Centre Ct. | | **GULF COAST PROPERTIES** | | Phone: 239-992-9036 | | | |
| Ft. Myers, FL 33912 | | **LLC** | | Fax: 239-210-4141 | | | |
| BILL TO: | | | | e-mail: kkern@bglandholdings.com | | | |
| Demolitions, LLC | | | | | | | |
| Memphis Street | | | | | | | |
| Orleans, LA 70124 | | | | INVOICE # 33560 | | | |
| Office: (504) 486-4121 | | | | DATE: 1/31/10 | | | |
| Fax: (504) 486-4126 | | | | DUE ON RECEIPT OF INVOICE | | | |

| | Item | Name | Address | Sq.Ft. | Slab | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| LA | 30279 | Latasha Brown Lee | 5503 St. Anthony Ave. | 1000 | Yes | $1.00 | $1,000.00 |
| LA | 31339 | Gerald J Caime | Hwy | 1300 | Yes | $1.00 | $1,300.00 |
| MS | 32389 | Nichole E. Cleveland (ICO/Estate of J | 928 S. Beach Blvd. | 4964 | Yes | $1.00 | $4,964.00 |
| MS | 32569 | Ernest Drackett (Bill) | 190 Boisdore Ave. | 1400 | Yes | $1.00 | $1,400.00 |
| LA | 32599 | Robert Drackett | 170 Boisdore Ave. | 1700 | Yes | $1.00 | $1,700.00 |
| LA | 40039 | Sonja Lemoins | 5825 Pauline Dr. | 1200 | Yes | $1.00 | $1,200.00 |
| MS | 41269 | Catherine C. Myers | 389 Clarence | 1734 | Yes | $1.00 | $1,734.00 |
| MS | 41299 | Kay F. McCardle | 410 S. Central Ave. | 2200 | Yes | $1.00 | $2,200.00 |
| MS | 50040 | Jerry Kelly | 53 Fiber | 1700 | Yes | $1.00 | $1,700.00 |
| MS | 55789 | Russel Gurien | 6131 Second St. | 1600 | Yes | $1.00 | $1,600.00 |
| MS | 55909 | David Dumestre | 109 School St. | 1048 | Yes | $1.00 | $1,048.00 |
| MS | 56079 | John & Andree Herrington | 101 W. Fairway Dr. | 1600 | Yes | $1.00 | $1,600.00 |
| MS | 56159 | Billie Glover | 521 Bayview St. | 1000 | Yes | $1.00 | $1,000.00 |
| LA | 56379 | Jessie Edward | 7130/32 Yorktown Dr. | 1800 | No | $2.00 | $3,600.00 |
| LA | 56480 | Carolyn Alphonse | 6009 N. Galvez | 1500 | Yes | $1.00 | $1,500.00 |
| LA | 75189 | Mark Larmen Larmeu, Lawrence G SR | 1121 Perrin Dr. | 2068 | Yes | $1.00 | $2,068.00 |
| MS | 75469 | Jacqueline Williams | 119 Dogwood Rd. | 1100 | Yes | $1.00 | $1,100.00 |
| MS | 50060 | Roye Green | 2200 E. Beach Blvd. | 2800 | YES | $1.00 | $2,800.00 |
| LA | 70020 | Martin Harmon | 5316 Wildair Dr. | 1,350 | NO | $2.00 | $2,700.00 |
| MS | 70120 | Clement and Dera Stoval | 1036 Lakefront Dr. | 1,000 | Yes | $1.00 | $1,000.00 |
| LA | 75809 | Juan & Teresa Calle | 1607 Mehle Ave. | 2202 | YES | $1.00 | $2,202.00 |
| | | | | | SUB TOTAL | | $39,416.00 |
| LA | 50268 | Arnold Little ICO Angeline Little | | 1000 | No | Half of 1500 | $750.00 |
| LA | 30229 | Mattie Morrison | | 1700 | No | Half of 2250 | $1,125.00 |
| LA | 53189 | Patricia & Euclid Gaines | | 1600 | No | Half of 2400 | $1,200.00 |
| LA | 73819 | Cherie Perez | | 1200 | No | Half of 1800 | $900.00 |
| LA | 30779 | Donald Kattengell | | 2000 | Yes | Half of 1740 | $870.00 |
| LA | 80229 | Timmie Lee Crossgrow | | 2500 | Yes | Half of 2175 | $1,087.50 |
| LA | 80989 G | Douglas Wilhelmus | | 2400 | Yes | Half of 2400 | $1,200.00 |
| LA | 73769 | Arthur Stearns, Jr. | | 1900 | Yes | Half of 1653 | $826.50 |
| LA | 80649 | Rhonda Williams | | 1200 | No | $1,800.00 | $1,800.00 |
| LA | 52908 | Howard Raphield, Sr. | | 1250 | No | $1,875.00 | $1,875.00 |
| LA | 31379 | Junita Byncum ICO Marie Cooley | | 2500 | No | $5,000.00 | $5,000.00 |
| LA | 53849 | Glenn & Kim(Ex Wife) Getscher | | 2000 | Yes | $2,000.00 | $2,000.00 |
| LA | 31579 | Alex & Carolyn Vega | | 1600 | Yes | $1,600.00 | $1,600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LA | 40209 | Samuel Kirk | | | | |
| LA | 20139 | Glenda Cruell | | 1412 | No | $2,824.00 | $2,824.00 |
| LA | 31129 | Donald J. Colletti | | 1104 | Yes | MIR 1000 | $1,000.00 |
| | | Wire Fee | OVERPAYMENT SQ. FT | -1364 | No | $2,728.00 | $2,728.00 |
| | | | | | | | $20.00 |
| | | | | | Total Credits | | $26,806.00 |
| | | | | | SUB TOTAL | | $39,416.00 |
| | | | | | Less Credits | | $26,806.00 |
| | | | | | TOTAL DUE | | $12,610.00 |